Order affirmed, with costs; first question certified answered in the affirmative, second question in the negative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

URCIE DERMER, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

*Contract — action to recover for breach of alleged contract by defendant to procure and deliver foreign savings bank books showing deposit of certain sum to plaintiff's credit.*

*Dermer v. Barrett*, 202 App. Div. 828, affirmed.

(Argued March 9, 1923; decided March 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1922, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was on contract. The complaint alleged: " That on or about the 28th day of April, 1916, the plaintiff and defendant entered into an agreement whereby the plaintiff paid to the defendant $192.50, which the defendant received, and promised to procure for the plaintiff à Bank Book from the Government Postal Savings Bank at Vienna, of a certain amount of Kronen, being Austrian money denomination, and which was supposed to be an amount equivalent to the sum paid by the plaintiff to the defendant, less the defendant's commissions. That the plaintiff has duly complied with the said agreement on his part, but that the said defendant violated said agreement, in that it failed and neglected to procure such a book for the plaintiff, whereby the plaintiff has sustained damage in the sum of One Hundred and ninety-two ($192) Dollars with interest from April 28th, 1916."

*Kenneth E. Stockton* and *George M. Billings* for appellant. *Nathaniel Tonkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

Mark A. Noble et al., Appellants, *v.* Great American Insurance Company, Respondent.

*Stocks and stockholders — action by assignees of stockholders to compel issuance to them at subscription price of proportionate share of increase in capital stock or for damages.*

*Noble v. Great American Ins. Co.,* 200 App. Div. 773, affirmed.

(Submitted March 9, 1923; decided March 23, 1923.)

Appeal from a judgment, entered June 5, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought by plaintiffs as assignees of a stockholder to compel the defendant corporation to issue to them at the subscription price of $150 per share such proportion of an increase made in its capital stock as the number of shares held by their assignor before such increase bore to the number of all the shares originally issued, and by way of alternative relief in case the stock demanded in the complaint could not be delivered to the plaintiffs, for their damages in the premises.

*James A. O'Gorman, Lanman Crosby* and *Howard H. Nieman* for appellants.

*John A. Garver* and *Chauncey B. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.